≈JS 45 (5/97) - (Revised USAO MA 3/25)

**Criminal Case Cover Sheet**                                      **U.S. District Court - District of Massachusetts**

**Place of Offense:** MA      **Category No.** II      **Investigating Agency** HSI

**City** _____

**County** _____

**Related Case Information:**
- Superseding Ind./ Inf. _____  Case No. _____
- Same Defendant _____  New Defendant _____
- Magistrate Judge Case Number: 26-mj-5050-JGD
- Search Warrant Case Number: 26-MJ-5051-5052-JGD
- R 20/R 40 from District of _____

Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number _____  ☐ Yes  ☑ No

**Defendant Information:**

Defendant Name: John Doe      Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name: _____

Address: 947 Hyde Park Avenue, Apartment 2, Boston, Massachusetts 02136

Birth date (Yr only): UNK   SSN (last 4#): ____   Sex: Male   Race: ____   Nationality: ____

**Defense Counsel if known:** _____  Address: _____

Bar Number: _____

**U.S. Attorney Information**

AUSA: David G. Tobin      Bar Number if applicable: 552558

**Interpreter:** ☑ Yes ☐ No    List language and/or dialect: Spanish

**Victims:** ☑ Yes ☐ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☑ No

**Matter to be SEALED:** ☑ Yes ☐ No

☑ Warrant Requested    ☐ Regular Process    ☐ In Custody

**Location Status:** 947 Hyde Park Avenue, Apartment 2, Boston, Massachusetts 02136

**Arrest Date:** _____

☐ Already in Federal Custody as of _____ in _____.
☐ Already in State Custody at _____ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by: _____ on _____

**Charging Document:** ☑ Complaint    ☐ Information    ☐ Indictment

**Total # of Counts:** ☐ Petty ____    ☐ Misdemeanor ____    ☑ Felony 3

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 3/3/2026      Signature of AUSA: /s/ David G. Tobin

JS 45 (5/97) (Revised U.S.D.C. MA 9/20/2023) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**   John Doe

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 1028A | Aggravated Identity Theft | 1 |
| Set 2 | 42 U.S.C. § 408(a)(7)(B) | False Representation of Social Security Number | 2 |
| Set 3 | 7 U.S.C. § 2024(b) | Illegal Acquisition or Use of Supplemental Nutrition Assistance Program Benefits | 3 |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

_____

USAMA *CRIM* - Criminal Case Cover Sheet.pdf   3/4/2013